**MEMO ENDORSED**



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

August 17, 2023

**VIA ECF**
Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> GRANTED. The deadline for Defendant to answer, move or otherwise respond to the Complaint is EXTENDED to September 28, 2023 and the deadline for the parties' joint status letter is EXTENDED to October 27, 2023. The Clerk of Court is directed to terminate ECF No. 15.
>
> Dated: August 18, 2023
> New York, New York
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge

Re: *D.H. v. N.Y.C. Dep't of Education*, 23-cv-974 (JGLC)

Dear Judge Clarke:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

    I write to respectfully request a 4-week extension of the answer deadline—from August 28, 2023 to September 28, 2023—and a 4-week extension of the joint status letter deadline—from September 28, 2023 to October 27, 2023. Plaintiff consents to these requests. This is the fourth request for an extension. The first request was made on March 3, 2023 and granted by Judge Failla the same day. The second request was made on June 2, 2023 and granted by Judge Failla the same day. The third request was made on July 12, 2023 and granted by Judge Failla the following day.

The requested extension will provide the parties will additional time to continue discussing settlement. The parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, Defendant respectfully requests that its time to respond to the complaint be extended to September 28, 2023, and that the deadline for the joint status letter be extended to October 27, 2023.

Thank you for considering these requests.

    Respectfully submitted,

    /s/
    Martha Nimmer, Esq.
    Special Assistant Corporation Counsel

cc:    Kevin Mendillo, Esq. (via ECF)